UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JAMIE A. RODEBUSH,**

        **Plaintiff,**

        v.                       Case No. 24-CV-139

**MARTIN O'MALLEY,**
**Commissioner of Social Security,**

        **Defendant.**

---

## ORDER

---

This matter is before the Court on the parties' Stipulated Motion For Remand For Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 21), and the Court being duly advised, now grants the motion.

**IT IS HEREBY ORDERED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an ALJ for further proceedings who will: offer Plaintiff the opportunity for an additional hearing, reevaluate the medical opinion evidence, proceed through the sequential disability evaluation process,

and issue a new decision. If warranted, the ALJ will obtain supplemental vocational expert testimony.

Dated at Milwaukee, Wisconsin this 26th day of July, 2024.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge